Eric Nielson #5327
Laura Nielson #15008
G. ERIC NIELSON & ASSOCIATES
4790 S. Holladay Blvd.
Holladay, Utah 84117
Phone: (801) 424-9088
Fax:    (801) 438-0199
ericnielson@ericnielson.com
lauranielson@ericnielson.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT,
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| TREVOR T., CARRIE T., and B.T., <br><br> Plaintiffs, <br><br> vs. <br><br> CALIFORNIA PHYSICIANS' SERVICE dba BLUE SHIELD of CALIFORNIA, <br><br>  Defendant. | **PLAINTIFFS' MOTION TO EXTEND TIME FOR PLAINTIFF TO SERVE DEFENDANT** <br><br> Case No. 1:22-cv-00140-JNP <br><br> Judge Jill N. Parrish <br><br> Magistrate Judge Daphne A. Oberg |

Pursuant to Fed. R. Civ. P. Rule 4(d), Plaintiffs by and through their undersigned counsel of record, hereby submit a request to extend the deadline for Plaintiffs to serve the Defendant in this case by sixty (60) days to February 18, 2023. Plaintiffs filed their Complaint on October 18, 2022, and sent the Waiver of Service in November 2022 and December 2022. To date, Plaintiffs have not heard from Defendant. Due to the holiday schedule and delay in mailing time, Plaintiffs request another sixty (60) days to complete service in this case to avoid undue expenses on Plaintiffs or Defendant.

1

Dated: January 12, 2023.  G. ERIC NIELSON & ASSOCIATES

  /s/ Laura Nielson  
Laura Nielson

*Attorneys for Plaintiffs*